MRS. LILLIS MORGAN v. THE STATE.

No. 9071. Delivered January 7, 1925.

No motion for rehearing filed.

Driving Auto in Excess of Speed Limit.

No bills of exception, nor statement of facts appearing in the record the judgment is affirmed.

Appeal from the County Court of Wichita County at law. Tried below before the Hon. Guy Rodgers, Judge.

Appeal from a conviction for driving a motor vehicle in excess of speed limit fixed by law; penalty a fine of $100.00.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the county court of Wichita county at law of operating a motor vehicle upon a public highway at a rate of speed in excess of the legal limit, and her punishment fixed at a fine of $100.00.

The record is before us without any statement of facts or bill of exceptions. The affidavit and information charging an offense, and the charge of the court appearing to properly present the matter to the jury, no error appears and the judgment will be affirmed.

*Affirmed.*